**STARN O'TOOLE MARCUS & FISHER**

TERENCE J. O'TOOLE, HSB #1209-0
KARI K. NOBORIKAWA, HSB #11600-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 537-6100
Email: totoole@starnlaw.com
       knoborikawa@starnlaw.com

**NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP**

DANIEL I. GRAHAM, JR. (*pro hac vice*)
MARY F. LICARI (*pro hac vice*)
IAN A. COOPER (*pro hac vice*)
GEORGE M. BRAVOS (*pro hac vice*)
10 South Wacker Drive, Suite 3600
Chicago, Illinois 60606
Telephone: (312) 585-1400
Email: dgraham@nicolaidesllp.com
       mlicari@nicolaidesllp.com
       icooper@nicolaidesllp.com
       gbravos@nicolaidesllp.com

Attorneys for Plaintiffs
ALLIED WORLD NATIONAL ASSURANCE
COMPANY and ALLIED WORLD ASSURANCE
COMPANY (U.S.) INC.

3217828.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY; and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NHC, INC. aka MNS, LTD. dba ABC STORES, <br><br> Defendant. | CIVIL NO: 1:22-cv-00469-MWJS-WRP (Contract) <br><br> **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE; CERTIFICATE OF SERVICE** <br><br> Judge: Honorable Micah W.J. Smith <br><br> Trial Date: August 4, 2025 |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc. (collectively, "Allied World"), by and through its counsel of record, respectfully moves the Court to grant summary judgment in its favor on Counts I-VII of the First Amended Complaint [ECF 61] and Count I of the Counterclaim [ECF 62], as there is no dispute of material fact, and, as a matter of law, Allied World has no duty to indemnify Defendant NHC, Inc. aka MNS, Ltd. dba ABC Stores ("MNS") for its settlement of the underlying lawsuit captioned, *Corker v. Costco Wholesale Corp.*, No. 2:19-CV-00290-RSL (W.D. Wash.)

("Corker Lawsuit"). Allied World requests a hearing on this motion, pursuant to Local Rule 7.1, as soon as this matter may be heard.

This motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii and is based on the Memorandum in Support of Motion, Allied World's Concise Statement of Facts, Declaration of Kari K. Noborikawa, and accompanying exhibits filed concurrently herewith, and any arguments presented at hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7.8, which took place on February 27, 2025 via telephone. At said conference, Allied World was represented by Mary F. Licari and Kari K. Noborikawa, and MNS was represented by Kelly G. LaPorte. The parties discussed the issue of whether Allied World has a duty to indemnify MNS for its settlement of the Corker Lawsuit, but such issue could not be resolved, and thus, remains.

//
//
//

DATE:  Honolulu, Hawaii, March 14, 2025.

*/s/ Kari K. Noborikawa*
TERENCE J. O'TOOLE
KARI K. NOBORIKAWA
DANIEL I. GRAHAM, JR. (*pro hac vice*)
MARY F. LICARI (*pro hac vice*)
GEORGE M. BRAVOS (*pro hac vice*)
IAN A. COOPER (*pro hac vice*)

Attorneys for Plaintiffs
ALLIED WORLD NATIONAL
ASSURANCE COMPANY and ALLIED
WORLD ASSURANCE COMPANY
(U.S.) INC.