AO 450 (Rev. 1/25) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY *et al.*, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | Case: 1:22-CV-00469-MWJS-WRP |
| V. | |
| NHC, INC., *also known as* MNS, LTD., *doing business as* ABC STORES, | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII **Aug 07, 2025, 5:07 pm** LUCY H. CARRILLO, CLERK OF COURT |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT," filed on July 3, 2025, ECF No. 168 (July 3, 2025, Order), and the "ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR CERTIFICATION OF SUMMARY JUDGMENT ORDER PURSUANT TO RULE 54(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE," filed on August 7, 2025, ECF No. 174. The Clerk of the Court is directed to enter judgment for Allied World pursuant to Rule 54(b) of the Federal Rules of Civil Procedure for the court's July 3, 2025, Order.

| | |
|---|---|
| August 7, 2025 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |